**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00381-LTB

PERFICIENT, INC.,

    Plaintiff,

v.

FORESIGHT APPLICATIONS & SYSTEMS TECHNOLOGIES, LLC,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court *sua sponte* for review.  An Order to Show Cause was issued on March 11, 2013 giving the parties **up to and including April 1, 2013** to show cause why this matter should not be retired from the active docket of this Court subject to reactivation for good cause due to Defendant's Suggestion of Bankruptcy filed March 8, 2013.  To date, no response or other filings have been made.  Accordingly, It is

ORDERED that this case is deemed **CLOSED** subject to being reopened upon motion of any party for good cause shown.  This matter need not be reopened for submission of final settlement documents.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   April 24, 2013